GMR

**FILED**
**DECEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6857**

In the Matter of

Nola C. Van Duyne and Leo Van Duyne

Case Number: 07 L 503

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Encore Medical, L.P. and Encore Orthopedics, Inc. n/k/a Encore Medical L.P.

| | |
|---|---|
| NAME (Type or print) Paige Norian, ARDC No. 6285061 | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paige Norian | |
| FIRM Segal McCambridge Singer & Mahoney, Ltd. | |
| STREET ADDRESS Sears Tower, 233 S. Wacker Dr., #5500 | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC No. 6285061 | TELEPHONE NUMBER (312) 645-7800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |