FILED
DECEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOLA C VAN DUYNE AND LEO VAN DUYNE, | ) | **07 C 6857** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JUDGE MORAN** |
| ENCORE MEDICAL, L.P.; ENCORE ORTHOPEDICS, INC.; and OSTEOIMPLANT TECHNOLOGY, INC., | ) ) ) ) ) | **MAGISTRATE JUDGE NOLAN** |
| Defendants. | ) ) | |

NOTICE OF FILING REMOVAL TO
THE UNITED STATES DISTRICT COURT

TO    Theodore J. Bednarek, Attorney for Plaintiff
          63 W. Jefferson St., #203, Joliet, Illinois 60432

**PLEASE TAKE NOTICE THAT ON THIS** 5TH day of December, 2007, we filed with the Clerk of the U. S. District Court, 219 S. Dearborn St., Chicago, IL 60604, DEFENDANTS, ENCORE MEDICAL, L.P. AND ENCORE ORTHOPEDICS, INC.'S n/k/a ENCORE MEDICAL, L.P., Removal to The United States District Court, a copy of which is attached herewith.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

*/s/ Paige Noriam*
One of the Attorneys for Defendants,
Encore Medical, L.P. and Encore Orthopedics, Inc.
n/k/a Encore Medical, L.P.

887488-1

Jeffrey Singer, Esq.  ARDC No. 02620510
Paige Norian, Esq.  ARDC No. 6285061
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

### PROOF OF SERVICE BY MAIL

The undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was/were served on the party(ies) as above-addressed, by enclosing a copy(ies) of the same in an envelope, sealed, postage prepaid and deposited in the U.S. Mail at Sears Tower, 233 S. Wacker Dr., Suite 5500, Chicago, IL 60606, and all other counsel of record, on this  5th **day of December, 2007.**

_____
Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

887488-1