**FILED**

**DECEMBER 5, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**07 C 6857**

|  |  |  |
|---|---|---|
| NOLA C VAN DUYNE AND LEO VAN DUYNE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGE MORAN** |
| | ) | **MAGISTRATE JUDGE NOLAN** |
| ENCORE MEDICAL, L.P.; ENCORE ORTHOPEDICS, INC.; and OSTEOIMPLANT TECHNOLOGY, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF FILING APPEARANCE

PLEASE TAKE NOTICE that, Defendants ENCORE MEDICAL, L.P. and ENCORE ORTHOPEDICS, INC. n/k/a ENCORE MEDICAL, L.P. through their attorneys, SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD., have filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, their Appearances, this 5th day of December, 2007, a copy of which is served upon you.

Respectfully submitted,

ENCORE MEDICAL, L.P. and
ENCORE ORTHOPEDICS, INC.
n/k/a ENCORE MEDICAL, L.P.

By:  _Paige Norian_

Jeffrey Singer, ARDC No.02520510
Paige Norian, ARDC No. 6285061
Segal McCambridge Singer & Mahoney
Sears Tower
233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800 (telephone)
(312) 645-7711 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing document to be served upon:

> Theodore J. Bednarek
> Attorney for Plaintiff
> 63 W. Jefferson Street, Suite 203
> Joliet, Illinois  60432

via U.S. Mail on this 5th day of December, 2007.

_Paige Norian_
Paige Norian

887434-1