U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 07 C 6857
NOLA C. VAN DUYNE AND LEO VAN DUYNE,
    vs.
ENCORE MEDICAL J.P., ET AL.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NOLA AND LEO VAN DUYNE

| | |
|---|---|
| NAME (Type or print) <br> KEVIN J. BERRILL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ KEVIN J. BERRILL | |
| FIRM <br> STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO | |
| STREET ADDRESS <br> 121 S. WILKE, SUITE 500 | |
| CITY/STATE/ZIP <br> ARLINGTON HEIGHTS, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285747 | TELEPHONE NUMBER <br> 847-590-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✔ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ✔ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |