U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07 C 6857
NOLA C. VAN DUYNE AND LEO VAN DUYNE
    VS.
ENCORE MEDICAL J.P., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NOLA AND LEO VAN DUYNE

| NAME (Type or print) |  |
|---|---|
| WAYNE B. GIAMPIETRO |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ WAYNE B. GIAMPIETRO |  |
| FIRM |  |
| STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC |  |
| STREET ADDRESS |  |
| 121 S. SILKE, SUITE 500 |  |
| CITY/STATE/ZIP |  |
| ARLINGTON HEIGHTS, IL 60005 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0947776 | 847-590-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✔    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ✔    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✔    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |