## *United States District Court for the Northern District of Illinois*

Case Number: 07cv6857          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets      _____

(Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

1   Original and 0 _____ copies on 2-14-08 _____ as to osteoimplant
                                         (Date)
technology, inc. _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05