AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NOLA C. VAN DUYNE AND
LEO VAN DUYNE,

V.

ENCORE MEDICAL, LP., ENCORE
ORTHOPEDICS, INC. AND
OSTEOIMPLANT TECHNOLOGY, INC.,

CASE NUMBER: 07 C 6857

ASSIGNED JUDGE: Moran

DESIGNATED MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Osteoimplant Technology, Inc.
C/O Registered Agent John Roberts
7 Old Sturbridge Road
Arnold, MD 21012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WAYNE B. GIAMP[IETRO, 121 S. WILKE, SUITE 500, ARLINGTON HEIGHTS, IL 60005; THEODORE J. BEDNAREK, 63 W. JEFFERSON, #203, JOLIET, IL 60432

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

February 14, 2008
Date

IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOLA C. VAN DUYNE AND LEO VAN DUYNE<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>ENCORE MEDICAL, L.P., ENCORE ORTHOPEDICS, INC. AND OSTEOIMPLANT TECHNOLOGY, INC.<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>07 C 6857<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS; NOTICE OF REMOVAL; COMPLAINT; AFFIDAVIT; JURY DEMAND; SUMMONS FILED 8/15/07 |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **21st day of February, 2008**, at **7:30 PM**, at the address of **7 OLD STURBRIDGE Road, ARNOLD, Anne Arundel** County, **MD 21012**; this affiant served the above described documents upon **OSTEOIMPLANT TECHNOLOGY, INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **John Roberts, REGISTERED AGENT, A white male approx. 40-45 years of age 5'8"-5'10" in height weighing 180-200 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **22nd day of February, 2008**.

_____
**Karl Stephens**


SUBSCRIBED AND SWORN to before me this 22nd day of February, 2008

_____
NOTARY PUBLIC in and for the State of **Maryland**
Residing at: _Beh, MD_
My Commission Expires: _6/2010_


FOR: **STITT, KLEIN, DADAY, ARETOS & GIAMPIERTO, LLC**

ORIGINAL PROOF OF SERVICE

Tracking #: **5290913 SEA**