UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOLA C VAN DUYNE AND<br>LEO VAN DUYNE,<br><br>        Plaintiffs,<br><br>v.<br><br>ENCORE MEDICAL, L.P.; ENCORE<br>ORTHOPEDICS, INC.; and OSTEOIMPLANT<br>TECHNOLOGY, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 07 C 6857<br>)<br>) Judge Moran<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO    Theodore J. Bednarek, Attorney for Plaintiff
        63 W. Jefferson St., #203, Joliet, Illinois 60432

    The undersigned, being first duly sworn on oath deposes and states that a copy of **Defendants' Rule 26(a) Disclosures** were served upon all counsel of record listed by via U.S. Mail from the U.S. Mail Chute located at 233 S. Wacker Drive, Chicago, Illinois on the 27th day of March, 2008.

                                          _Paige N. Gates_

Sworn to and subscribed before me the 27th day of March, 2008.

                                          _Meghan Sears_
                                          Notary Public

Jeffrey Singer, Esq. (ARDC # 2670510)
Paige Norian Gates, Esq. (ARDC # 6285061)
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800 (t)
(312) 645-7711 (f)

OFFICIAL SEAL
MEGHAN SEARS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11-01-10