UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOLA C VAN DUYNE AND<br>LEO VAN DUYNE,<br><br>        Plaintiffs,<br><br>v.<br><br>ENCORE MEDICAL, L.P.; ENCORE<br>ORTHOPEDICS, INC.; and OSTEOIMPLANT<br>TECHNOLOGY, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 07 C 6857<br>)<br>) Judge Moran<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO    Theodore J. Bednarek, Attorney for Plaintiff
        63 W. Jefferson St., #203, Joliet, Illinois 60432

The undersigned, being first duly sworn on oath deposes and states that a copy of **Defendants' Interrogatories to Plaintiff, and Request for Production of documents to Plaintiff** was served upon all counsel of record listed by via U.S. Mail from the U.S. Mail Chute located at 233 S. Wacker Drive, Chicago, Illinois on the 27th day of March, 2008.

*/s/ Paige N. Gates*

Sworn to and subscribed before me the 27th day of March, 2008.

*/s/ Meghan Sears*
Notary Public

Jeffrey Singer, Esq. (ARDC # 2670510)
Paige Norian Gates, Esq. (ARDC # 6285061)
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800 (t)
(312) 645-7711 (f)

> OFFICIAL SEAL
> MEGHAN SEARS
> NOTARY PUBLIC, STATE OF ILLINOIS
> My Commission Expires 11-01-10