IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOLA C. VAN DUYNE and LEO VAN DUYNE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ENCORE MEDICAL, L.P., ENCORE )<br>ORTHOPEDICS, INC., and OSTEOIMPLANT )<br>TECHNOLOGY, INC., )<br>)<br>Defendants. ) | Case No. 07 C 6857<br><br>Judge Moran<br>Magistrate Judge Nolan |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on, **June 24, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Moran or any judge sitting in his stead, in courtroom 1843 at the Everett McKinley Dirksen Building, United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present OTI's Motion for Extension of Time to Respond to the Complaint, a copy of which is attached and hereby served upon you.

OSTEOIMPLANT TECHNOLOGY, INC.,


By:   s/ Sharilee K. Smentek
        One of its Attorneys

David S. Waxman (ARDC # 6191045)
Sharilee K. Smentek (ARDC # 6277773)
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

## **CERTIFICATE OF SERVICE**

Sharilee K. Smentek, an attorney, certifies that she served copies of **NOTICE OF MOTION** on the following parties:

Wayne B. Giampietro
Kevin J. Berrill
STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC
121 S. Silke, Suite 500
Arlington Heights, IL 60005

Jeffery Singer
Paige Norian
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower, 233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

via e-mail notification served by the CM/ECF system on 6/17/2008.

      s/ Sharilee K. Smentek