IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

NOLA C. VAN DUYNE and LEO )
VAN DUYNE, )
) NO. 07 C 6857
Plaintiffs, )
)
v. )
)
ENCORE MEDICAL L.P.; ENCORE )
ORTHOPEDICS, INC.; and )
OSTEOIMPLANT TECHNOLOGY, INC. )
)
Defendants. )

## SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance as counsel for Plaintiffs in the within matter.

_____
Kevin J. Berrill

I hereby enter my appearance as counsel for Plaintiffs in the within matter.
S/MICHAEL G. ARETOS
MICHAEL G. ARETOS


STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO
Attorneys for Plaintiff
2550 W. W. Golf Road, Suite 250
Rolling Meadows, Illinois 60008
847-590-8700