IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOLA C. VAN DUYNE and LEO VAN DUYNE, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ENCORE MEDICAL L.P.; ENCORE ORTHOPEDICS, INC.; and OSTEOIMPLANT TECHNOLOGY, INC. <br><br>　　　　Defendants. | ) <br> ) <br> ) NO. 07 C 6857 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

SUBSTITUTION OF ATTORNEYS

I hereby withdraw my appearance as counsel for Plaintiffs in the within matter.

_____
Kevin J. Berrill

I hereby enter my appearance as counsel for Plaintiffs in the within matter.
　　　　　　　　　　S/MICHAEL G. ARETOS
　　　　　　　　　　MICHAEL G. ARETOS

STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO
Attorneys for Plaintiff
2550 W. W. Golf Road, Suite 250
Rolling Meadows, Illinois 60008
847-590-8700