**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NOLA C. VAN DUYNE and LEO VAN DUYNE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ENCORE MEDICAL, L.P., ENCORE ) <br> ORTHOPEDICS, INC., and OSTEOIMPLANT ) <br> TECHNOLOGY, INC., ) <br> ) <br> Defendants. ) | Case No. 07 C 6857 <br><br> Judge Moran <br> Magistrate Judge Nolan |

**DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant, OSTEOIMPLANT TECHNOLOGY, INC., by its attorneys, submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

1    All parent corporations of the party:

    None.

2.    Any publicly held company that owns more than 10 percent of the party's stock:

    None.

OSTEOIMPLANT TECHNOLOGY, INC.,


By: s/Sharilee K. Smentek
    One of Its Attorneys

David S. Waxman (ARDC # 6191045)
Sharilee K. Smentek (ARDC # 6277773)
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8111336.1

## CERTIFICATE OF SERVICE

Sharilee K. Smentek, an attorney, certifies that she served a copy of **DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE STATEMENT** on,

Wayne B. Giampietro
Kevin J. Berrill
STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC
121 S. Silke, Suite 500
Arlington Heights, IL 60005

Jeffery Singer
Paige Norian
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
Sears Tower, 233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

via e-mail notification served by the CM/ECF system on July 7, 2008.

s/Sharilee K. Smentek

8111336.1