UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOLA C VAN DUYNE AND<br>LEO VAN DUYNE,<br><br>        Plaintiffs,<br><br>v.<br><br>ENCORE MEDICAL, L.P.; ENCORE<br>ORTHOPEDICS, INC.; and OSTEOIMPLANT<br>TECHNOLOGY, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 07 C 6857<br>)<br>) Judge Moran<br>) Magistrate Judge Nolan<br>)<br>) JURY DEMAND REQUESTED<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO    Theodore J. Bednarek, Attorney for Plaintiff
        63 W. Jefferson St., #203, Joliet, Illinois 60432

        Wayne B. Giampietro, Esq., Kevin J. Berrill, Esq., Christopher N. Ackeret, Esq.
        Stitt, Klein, Daday, Aretos & Giampietro, LLC, 2550 W. Golf Rd.
        Rolling Meadows, IL 60008

**PLEASE TAKE NOTICE THAT ON THIS** 10th day of July, 2008, we filed with the Clerk of the U. S. District Court, 219 S. Dearborn St., Chicago, IL 60604, DEFENDANTS, ENCORE MEDICAL, L.P. AND ENCORE ORTHOPEDICS, INC.'S n/k/a ENCORE MEDICAL, L.P., Affidavit of Scott Way, a copy of which is attached herewith.

        Respectfully submitted,

        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.


        __/s Paige Norian Gates_____
        One of the Attorneys for Defendants,
        Encore Medical, L.P. and Encore Orthopedics, Inc.
        n/k/a Encore Medical, L.P.

Jeffrey Singer, Esq.  ARDC No. 2620510
Paige Norian, Esq.  ARDC No. 6285061
Segal, McCambridge Singer & Mahoney, Ltd.
Sears Tower, 233 S Wacker Drive, Suite 5500
Chicago, Illinois 60606
(312) 645-7800

## PROOF OF SERVICE

    The undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the above-mentioned pleading(s) was/were served were served upon all counsel of record listed via electronic court filing service, at or before the hour of 7:00 p.m. on the, on this **10th day of July, 2008.**

                      __/s Paige Norian Gates____
                      Under penalties as provided by law pursuant to 735 ILCS 5/1-109,
                      I certify that the statements set forth are true and correct.